UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDRIC BUCKLON,

    VS                                                           CASE NO. 5:04cv6-LAC/WCS

BERRY RHODES,

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 07/12/2005 (document #35), and referred to Magistrate Judge William C. Sherrill on 07/14/2005.

Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

                                      WILLIAM M. MCCOOL, CLERK OF COURT

                                      s/ Pam Lourcey
                                      DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is **GRANTED.** The time for filing objections to the Report and Recommendation is extended to August 12, 2005.

                                      S/ William C. Sherrill
                                      UNITED STATES MAGISTRATE JUDGE