# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**CEDRIC BUCKLON,**

    **Plaintiff,**

**vs.**                            **Case No. 5:04cv6-LAC/WCS**

**BERRY RHODES,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 27, 2005. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment, doc. 27, is hereby **GRANTED** and the Clerk shall enter judgment in Defendant's favor.

DONE AND ORDERED this 16th day of August, 2005.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge