UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDRIC BUCKLON,

    VS                                                  CASE NO.  5:04cv6/LAC/WCS

BERRY RHODES,

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on <u>April 2, 2007</u>
Motion/Pleadings: <u>MOTION TO SUBSTITUTE COUNSEL</u>
Filed by <u>DEFENDANT</u> on <u>3/30/07</u> Doc.# <u>47</u>
RESPONSES:

                                          on                      Doc.#
                                          on                      Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
LC (1 OR 2)                 Deputy Clerk: Teresa Cole

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of April, 2007, that:*

*(a) The relief requested is **DENIED AS MOOT**.*

*(b) This case has been closed.*

                                                                 *s/L.A Collier*
                                                             *LACEY A. COLLIER*
                                                      *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.